DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES S. JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1760

[January 6, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 50-2016-CF-001587-BXXX-MB.

James S. Jackson, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***